# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Troy Eagle Group )   ASBCA Nos. 56447, 57719
)
Under Contract No. W91GY0-07-C-0008 )

APPEARANCE FOR THE APPELLANT:     Eric C. Rowe, Esq.
                                  Whiteford Taylor & Preston LLP
                                  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                  Army Chief Trial Attorney
                                  Erica S. Beardsley, Esq.
                                  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.

The appeals are dismissed with prejudice.

Dated: 23 May 2014

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 56447, 57719, Appeals of Troy Eagle Group, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals